```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 30199
    KENNETH STEVEN GRAN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

             Debtor
    SSN XXX-XX-2519


-------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 11/05/2008 and was not confirmed.

      The case was converted to chapter 7 without confirmation 01/12/2009.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
-------------------------------------------------------------------------------
CHASE HOME FINANCE LLC    MORTGAGE NOTI  NOT FILED              .00             .00
CHASE HOME FINANCE LLC    CURRENT MORTG        .00              .00             .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE   15620.00              .00             .00
NATIONAL CITY MORTGAGE    CURRENT MORTG        .00              .00             .00
NATIONAL CITY MORTGAGE    SECURED NOT I    5632.06              .00             .00
NATIONAL CITY             UNSECURED      NOT FILED              .00             .00
NATIONAL CITY             CURRENT MORTG        .00              .00             .00
HARRIS                    CURRENT MORTG        .00              .00             .00
HARRIS                    MORTGAGE ARRE        .00              .00             .00
CHASE HOME FINANCE LLC    CURRENT MORTG        .00              .00             .00
CHASE                     CURRENT MORTG        .00              .00             .00
CHASE                     UNSECURED      NOT FILED              .00             .00
AMERICAN EXPRESS          UNSECURED      NOT FILED              .00             .00
CAPITAL ONE               UNSECURED      NOT FILED              .00             .00
CHASE VISA                UNSECURED      NOT FILED              .00             .00
LVNV FUNDING              UNSECURED        3814.94              .00             .00
DAVID CIHLAR              UNSECURED      NOT FILED              .00             .00
K STEVEN GRAN             NOTICE ONLY    NOT FILED              .00             .00
CHASE HOME FINANCE LLC    SECURED NOT I        .00              .00             .00
SPINA MCGUIRE & OKAL      DEBTOR ATTY          .00                              .00
TOM VAUGHN                TRUSTEE                                               .00
DEBTOR REFUND             REFUND                                                .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 30199 KENNETH STEVEN GRAN

```
                                 ---------------      ---------------
TOTALS                                       .00                  .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 03/17/09            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE